ACCEPTED
14-14-01007CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/3/2015 1:07:26 PM
CHRISTOPHER PRINI
CLERK

CAUSE NO. 14-14-01007-CV

| | | |
|---|---|---|
| THOMAS BEETS AND LESLIE BEETS, Appellants, | § § § | IN THE FOURTEENTH |
| v. | § § | COURT OF APPEALS |
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2 Appellee. | § § § § | HOUSTON, TEXAS |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/3/2015 1:07:26 PM
CHRISTOPHER A. PRINE
Clerk

## APPELLANT'S MOTION TO EXTEND TIME TO FILE BRIEF

Appellants ask the Court to extend the time to file their brief.

### A. INTRODUCTION

1. Appellants are THOMAS BEETS AND LESLIE BEETS; appellee is NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-2.

2. There is no specific deadline to file this motion to extend time. *See* Tex. R. App. P. 38.6(d).

### B. ARGUMENT & AUTHORITIES

3. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time to file a brief.

4. Pursuant to Tex. R. App. P. 38.6(a)(2), the Appellants Brief is due thirty days from the reporter's record filed on February 10, 2015, or on March 12, 2015.

5. Appellants request an additional thirty days to file their brief, extending the time until April 12, 2015.

6. No extension has been requested or granted to extend the time to file Appellant's brief.

7. Appellants need additional time to file their brief because the Appellants counsel is short staffed, and has a heavy case load relative to the number of employees. Appellants counsel has not yet finished writing the Appellant Brief, and due to the complexity of the case and the number of issues, asks for additional time to give the Appellants brief the due diligence it deserves. If forced to file the Brief on the due date, the Appellants Brief, and therefore the Appellants, will suffer irreparable harm.

### C. CONCLUSION

8. Appellants ask the Court to grant an additional thirty (30) days from the due date to finish writing the Appellants Brief. Appellants seek the extension because of an initial late

start, a heavy case load, the complexity of the case and the need to give the Appellants Brief the due diligence it requires.

## D. PRAYER

9. For these reasons, Appellants asks the Court to grant an extension of time to file their brief until April 12, 2015.

By <u>Robert Hinsley   /s/</u>
Robert B. Hinsley
State Bar No. 09706000
6001 Savoy Dr., Suite 115
Houston, Texas 77036
Telephone (713) 400-3200
Facsimile (713) 465-9997

CERTIFICATE OF SERVICE

I certify that a copy of Appellant's Motion To Extend Time To File Brief was served on Appellee's attorney of record, Chan Tysor, Of The Law  Office Of Scott, Parnel & Associates, 1120 Metrocrest Dr., Suite 100,  Carrollton, TX  75006, by Fax at:  214- 234-8454, on March 2, 2015 before 5:00 pm CST.

<u>Robert Hinsley   /s/</u>
Robert B. Hinsley